UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
THADDEUS HARDY,                                :
                                                                    :    Civil Action No.: 25-cv-01797
           Plaintiff,                                          :
                                                                    :    Judge: Hon. Lance M. Africk
vs.                                                               :
                                                                    :    Magistrate Judge: Hon. Karen Wells Roby
ROBCO, LLC ,                                             :
                                                                    :
           Defendant.                                       :
---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to any party against any other.

Respectfully Submitted, this 14th day of January, 2026.

By:/s/ Andrew D. Bizer
   **ANDREW D. BIZER**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:     (504) 619-9999
Facsimile:      (504) 948-9996
Email:             andrew@bizerlaw.com
                       gdereus@bizerlaw.com
                       eva@bizerlaw.com
*Counsel for Plaintiff Marlon Jackson*

By:/s/   Leslie W. Ehret
   **LESLIE W. EHRET**

**FRILOT L.L.C.**
LESLIE W. EHRET (LA #18494)
LEHRET@FRILOT.COM
CHRISTOPHER J. SHERLOCK (LA #41936)
CSHERLOCK@FRILOT.COM
1100 POYDRAS STREET, SUITE 3700
NEW ORLEANS, LOUISIANA 70163
TELEPHONE: (504) 599-8203
FACSIMILE: (504) 599-8263
*Counsel for Defendant Robco, LLC*